# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 17 C 888 |
| v. | ) <br> ) | |
| TWENTY FIRST CENTURY HEALTH, <br> CARE CONSULTANTS, INC. <br> and JOHN DOES 1-10, | ) <br> ) <br> ) <br> ) | Judge Lefkow <br> Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims with prejudice and without costs against defendant Twenty First Century Health Care Consultants, Inc. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Twenty First Century Health Care Consultants, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on June 21, 2017, I caused a true and accurate copy of the forgoing document to be filed with the Court's CM/ECF system and be served via US Mail upon the following party:

John V. Dapello
Twenty First Century Health Care Consultants, Inc.
6389 Hollywood Blvd.
Sarasota, Florida 34231


                                             s/ Heather Kolbus
                                             Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)